IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF UTAH, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | 2:23-CV-016-Z |
| MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is State of Missouri's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 5), filed on January 31, 2023. The Court will defer ruling on the Application because Missouri failed to comply with Local Rule 83.10(a). Under that rule, local counsel must reside or maintain the attorney's principal office in this district and the attorney's residence or principal office must be located within 50 miles of the courthouse in the division in which the case is pending. Missouri's designated local counsel's office is in Salt Lake City, Utah. *See* ECF No. 5 at 3. Therefore, Missouri is **ORDERED** to obtain local counsel consistent with Local Rule 83.10(a) or file for leave to proceed without local counsel supported by good cause.

**SO ORDERED.**

February __1__, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE