**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| STATE OF UTAH; <br> STATE OF TEXAS; <br> COMMONWEALTH OF VIRGINIA; <br> STATE OF LOUISIANA; <br> STATE OF ALABAMA; <br> STATE OF ALASKA; <br> STATE OF ARKANSAS; <br> STATE OF FLORIDA; <br> STATE OF GEORGIA; <br> STATE OF INDIANA; <br> STATE OF IDAHO; <br> STATE OF IOWA; <br> STATE OF KANSAS; <br> COMMONWEALTH OF KENTUCKY; <br> STATE OF MISSISSIPPI; <br> STATE OF MISSOURI; <br> STATE OF MONTANA; <br> STATE OF NEBRASKA; <br> STATE OF NEW HAMPSHIRE; <br> STATE OF NORTH DAKOTA <br> STATE OF OHIO; <br> STATE OF SOUTH CAROLINA; <br> STATE OF TENNESSEE; <br> STATE OF WEST VIRGINIA; <br> STATE OF WYOMING; <br> LIBERTY ENERGY INC.; <br> LIBERTY OILFIELD SERVICES LLC; <br> WESTERN ENERGY ALLIANCE; and <br> JAMES R. COPLAND, | No. 2:23-cv-00016-Z |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff the State of Texas hereby notifies the Court that Deputy Attorney General for Legal Strategy Aaron F. Reitz will appear as counsel in the above case, in addition to counsel listed below. Mr. Reitz is a member in good standing with the State Bar of Texas and with this Court.

His contact information is as follows:

>Aaron F. Reitz
>Deputy Attorney General for Legal Strategy
>Office of the Attorney General
>P. O. Box 12548, MC-001
>Austin, Texas 78711-2548
>Tel: (512) 936-1989
>Fax: (512) 474-2697
>aaron.reitz@oag.texas.gov

| | |
|---|---|
| Dated February 2, 2023. | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | /s/ Aaron F. Reitz<br>AARON F. REITZ<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>aaron.reitz@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>leif.olson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Tel: (512) 936-1700 | *Counsel for Plaintiff State of Texas* |

## CERTIFICATE OF SERVICE

I certify that on February 2, 2023, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

>/s/ Aaron F. Reitz
>AARON F. REITZ