UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

State of Utah, et al  §
_Plaintiff_  §
§
v.  § Case No. 2:23-cv-00016-Z
§
Martin J. Walsh, Secretary of Labor, et al  §
_Defendant_  §

Amended
**APPLICATION FOR ADMISSION _PRO HAC VICE_**
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Office of Missouri Attorney General , with offices at

815 Olive Street, Suite 200
(Street Address)

St. Louis | MO | 63101
(City) | (State) | (Zip Code)

(314) 340-4978 | (573) 751-0774
(Telephone No.) | (Fax No.)

**II.** Applicant will sign all filings with the name  Maria A. Lanahan .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

State of Missouri

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Missouri, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified: _____

Bar license number: 65956        Admission date: 9/18/2013

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court E.D. of Missouri | 10/24/2014 | Active |
| U.S. District Court W.D. of Missouri | 10/24/2014 | Active |
| Illinois Supreme Court | 05/01/2014 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Leif A. Olson   (Texas Bar No. 24032801)                    , who has offices at

Office of the Attorney General of Texas, 300 W. 15th Street

(Street Address)

Austin                                    TX              78711

(City)                              (State)          (Zip Code)

(512) 475-4413

(Telephone No.)                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   3rd   day of   February  , 2023  .

Maria A. Lanahan
Printed Name of Applicant

*/s/ Maria A. Lanahan*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.