IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF UTAH, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | 2:23-CV-016-Z |
| MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is State of Missouri's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 5), filed on January 31, 2023. The Court deferred ruling on the Application because Missouri failed to comply with Local Rule 83.10(a). The Court ordered Missouri to obtain local counsel consistent with Local Rule 83.10(a) or file for leave to proceed without local counsel supported by good cause. ECF No. 6. Missouri then filed an amended application. *See* ECF No. 8. But Missouri's new local counsel of record resides in Austin, Texas. *Id.* at 3. Accordingly, the Court will again defer ruling on the Application until Missouri complies with the Court's prior order.

**SO ORDERED**.

February 6, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE