# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

State of Utah, et al. §
*Plaintiff* §
 §
 §
v. § Case No. 2:23-00016-Z
 §
 §
Martin J. Walsh, Secretary of Labor, et al. §
*Defendant* §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Office of the West Virginia Attorney General                            , with offices at

1900 Kanawha Blvd. E., Bldg 1, Rm 26E
(Street Address)

Charleston                                    WV                  25305
(City)                                        (State)            (Zip Code)

304-558-2021                                  304-558-0140
(Telephone No.)                               (Fax No.)

**II.**   Applicant will sign all filings with the name  Lindsay S. See                              .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

State of West Virginia

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

               West Virginia               , where Applicant regularly practices law.

Bar license number: 13360        Admission date: 05/16/2018

For Court Use Only.
Bar Status Verified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| WV Supreme Court of Appeals | 05/15/2018 | Active |
| United States Supreme Court | 07/16/2018 | Active |
| U.S. District Court WVND | 02/14/2019 | Active |
| U.S. District Court WVSD | 05/15/2018 | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A _____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

Melissa A. Holyoak _____, who has offices at

160 E. 300 South, 5th Floor _____
(Street Address)

Salt Lake _____     UT _____     84117 _____
(City)                                (State)          (Zip Code)

801-366-0260 _____     801-538-1121 _____
(Telephone No.)                       (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   7th   day of  February                    , 2023        .

Lindsay S. See _____
Printed Name of Applicant

/s/ Lindsay S. See

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.