UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

State of Utah, et al. §
     *Plaintiff* §
§
§
     v. § Case No. 2:23-cv-00016-Z
§
§
Martin J. Walsh, et al. §
     *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Office of the Attorney General - State of Idaho                                        , with offices at

P.O. Box 83720
(Street Address)

Boise                                                    ID                    83720-0010
(City)                                                   (State)               (Zip Code)

208-334-2400                                             208-854-8071
(Telephone No.)                                          (Fax No.)


**II.**    Applicant will sign all filings with the name   David M.S. Dewhirst                              .


**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

State of Idaho




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Idaho_____, where Applicant regularly practices law.

Bar license number: 12141        Admission date: 12/30/2022

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of Montana | 1/8/2021 | Active |
| US Court of Appeals, Fifth Circuit | 3/29/2022 | Active |
| US Ct. of Appeals, Dist. of Columbia | 3/10/2021 | Active |
| US Court of Appeals, Tenth Circuit | 3/8/2021 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No exceptions.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No exceptions.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No exceptions.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Leif A. Olson (Texas Bar no. 24032801), who has offices at

Office of the Attorney General of Texas: 300 W. 15th St.
(Street Address)

Austin                                            TX                    78701
(City)                                            (State)               (Zip Code)

512-463-4139
(Telephone No.)                                   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13   day of February, 2023.

David M.S. Dewhirst
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.