IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>                                          *Plaintiffs*,<br><br>v.<br><br>MARTIN J. WALSH and<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>                                          *Defendants*. | CIV. NO. 2:23-CV-00016-Z |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs State of Utah, Commonwealth of Virginia, State of Louisiana, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Indiana, State of Idaho, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of New Hampshire, State of North Dakota, State of Ohio, State of South Carolina, State of Tennessee, State of West Virginia, State of Wyoming, Liberty Energy, Inc.; Liberty Oilfield Services, LLC; Western Energy Alliance; and James R. Copeland, hereby notify the Court that F. Scott Flow will appear as co-counsel in the above case. Mr. Flow is a member in good standing with the State Bar of Texas and with this Court.

His contact information is as follows:

    F. Scott Flow
    FLOW LAW FIRM, PLLC
    800 SW 9th Avenue
    Amarillo, Texas 79101-3206
    (806) 372-2010
    fsflow@flowlaw.com

Respectfully submitted this 17th day of February, 2023,

_____
F. Scott Flow
FLOW LAW FIRM, PLLC
800 SW 9th Avenue
Amarillo, Texas 79101-3206
(806) 372-2010
fsflow@flowlaw.com

*Co-Counsel for Plaintiffs other than the State of Texas*

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023, the undersigned counsel used the CM/ECF system to file this notice with the Clerk of the Court for the United States District Court for the Northern District of Texas. The attorneys in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

_____
F. Scott Flow