IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARTIN J. WALSH and UNITED STATES DEPARTMENT OF LABOR, <br><br> *Defendants*. | No. 2:23-cv-00016-Z |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiffs Liberty Energy Inc., Liberty Oilfield Services LLC, and Western Energy Alliance, hereby notify the Court that Jared M. Kelson will appear as counsel in the above case. Mr. Kelson is a member in good standing with the District of Columbia Bar and with this Court.

His contact information is:

> Jared M. Kelson
> BOYDEN GRAY & ASSOCIATES
> 801 17th Street NW, Suite 350
> Washington, DC 20006
> (202) 955-0620
> kelson@boydengrayassociates.com

Respectfully submitted this 17th day of February, 2023.

> */s/ Jared M. Kelson*
> Jared M. Kelson
> DC Bar No. 241393
> N.D. Texas No. 241393DC
> BOYDEN GRAY & ASSOCIATES
> 801 17th Street NW, Suite 350
> Washington, DC 20006
> (202) 955-0620
> kelson@boydengrayassociates.com

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023, the undersigned counsel used the CM/ECF system to file this notice with the Clerk of the Court for the United States District Court for the Northern District of Texas. The attorneys in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

> */s/ Jared M. Kelson*
> Jared M. Kelson
> DC Bar No. 241393
> N.D. Texas No. 241393DC
> BOYDEN GRAY & ASSOCIATES
> 801 17th Street NW, Suite 350
> Washington, DC 20006
> (202) 955-0620
> kelson@boydengrayassociates.com