# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MARTIN J. WALSH and<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    *Defendants.* | No. 2:23-cv-00016-Z |

## PLAINTIFFS' ERRATUM REGARDING MOTION TO EXTEND

Plaintiffs' Unopposed Motion to Extend Page Limitations (Docket 31) inadvertently included a signature block for Defendants. While the motion is unopposed, the Defendants do not join in it, and it should not have included their signature block or signature.

The signature block was included due to a clerical error. It was originally part of an Agreed Proposed Order that was circulated to Defendants but was ultimately not filed. It was not intended to be part of the Motion but was inadvertently left there because of an oversight during editing.

Dated February 21, 2023.

*/s/ Leif A. Olson*
KEN PAXTON
Attorney General
AARON REITZ
Texas Bar No. 24105704
Deputy Attorney General for Legal Strategy
LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
aaron.reitz@oag.texas.gov
leif.olson@oag.texas.gov
*Counsel for Plaintiff State of Texas*

Respectfully submitted.

*/s/ F. Scott Flow (by permission)*
F. SCOTT FLOW
Flow Law Firm, PLLC
800 SW 9th Avenue
Amarillo, Texas 79101-3206
(806) 372-2010
fsflow@flowlaw.com

*Co-Counsel for Plaintiffs other than State of Texas*

2

**CERTIFICATE OF SERVICE**

On February 21, 2023, this erratum was filed through the Court's CM/ECF system, which serves it upon all counsel of record.

/s/ Leif A. Olson