IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:23-CV-016-Z |
| MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Page Limitations ("Motion") (ECF No. 31), filed on February 21, 2023. Having considered the Motion, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS** limitations of 40 pages for Plaintiffs' preliminary injunction motion and Defendants' opposition and 20 pages for Plaintiffs' reply. The Court further **ORDERS** Plaintiffs to promptly file the attached motion for preliminary injunction (ECF No. 31-1).

**SO ORDERED**.

February 24, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE