IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:23-CV-016-Z |
| | § | |
| MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the State of West Virginia's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 40), filed on February 24, 2023. Michael R. Williams is an attorney licensed to practice in West Virginia. Mr. Williams represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Scott Flow has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Williams may represent West Virginia in this matter, subject to further order of the Court.

Additionally, the Court waives the requirements to proceed without local counsel. *See* ECF No. 37 (explaining admission *pro hac vice*'s limitations and noting waiver in this case is an exception). Mr. Williams may release local counsel and proceed in accordance with this Order.

**SO ORDERED.**

February 28, 2023



MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

