IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

      MAR - 6 2023

CLERK, U.S. DISTRICT COURT
By_____
           Deputy
```

| | | |
|---|---|---|
| STATE OF UTAH, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:23-CV-016-Z |
| | § | |
| MARTIN J. WALSH, SECRETARY | § | |
| OF LABOR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs James Copland and Alex Fairly's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 52), filed on February 28, 2023. Neville S. Hedley is an attorney licensed to practice in Illinois. Mr. Hedley represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Scott Flow has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Hedley may represent James Copland and Alex Fairly in this matter, subject to further order of the Court.

**SO ORDERED**.

March 6, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE