IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF UTAH, *et al.*,

    Plaintiffs,

v.

MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*,

    Defendants.

2:23-CV-016-Z

## ORDER

It has come to the Court's attention that Plaintiff State of Louisiana's lead counsel Elizabeth M. Murrill is not admitted to practice in the Northern District of Texas. Accordingly, the Court hereby **ORDERS** Louisiana to file an application for admission *pro hac vice* or a motion for substitution of counsel **on or before Friday, April 7, 2023**.

**SO ORDERED.**

April 5, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE