IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| STATE OF UTAH, *et al.*, | |
| --- | --- |
| Plaintiffs, | |
| v. | 2:23-CV-016-Z |
| MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, | |
| Defendants. | |

# ORDER

After considering parties' Joint Request for Entry of a Schedule (ECF No. 89), the Court orders the following schedule in this case:

| | |
| --- | --- |
| May 2, 2023 | Defendants produce the administrative record to Plaintiffs and file a certified index of the administrative record. |
| May 16, 2023 | Plaintiffs file ten-page motion for summary judgment addressing arbitrary and capricious review points as it relates to administrative record and final relief as it relates to § 706(2) and declaratory judgment. |
| June 2, 2023 | Defendants file ten-page cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment on additional arbitrary and capricious review points as it relates to administrative record and final relief as it relates to § 706(2) and declaratory judgment. |
| June 9, 2023 | Plaintiffs file five-page response to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. |
| June 16, 2023 | Defendants file five-page reply brief in support of Defendants' cross-motion for summary judgment. |
| June 23, 2023 | Parties file a joint appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any of the briefing. |
| TBA | If the Court deems it necessary, a hearing on preliminary injunction consolidated with trial on merits under Rule 65(a)(2) will be. Any hearing is limited to oral argument and will not require any live evidence. |
| TBA | If necessary, parties will file simultaneous post-trial briefs on any issues/questions raised by the Court at the hearing. |

**SO ORDERED**.

June 6, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE