IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, <br><br> Defendants. | 2:23-CV-016-Z |

## JUDGMENT

The undersigned United States District Judge has entered an order **GRANTING** Defendants' Cross-Motion for Summary Judgment (ECF No. 94) and **DENYING** Plaintiffs' Motion for Summary Judgment (ECF No. 92). *See* ECF No. 109. All other relief not expressly granted therein is **DENIED**. Accordingly, the case is now closed.

Judgment is entered accordingly.

September 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE