## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF UTAH, ET AL.,<br><br>                                  PLAINTIFF,<br><br>v.<br><br>MARTIN WALSH AND UNITED STATES<br>DEPARTMENT OF LABOR,<br><br>                                  DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00016-Z |

## <u>MOTION TO WITHDRAW</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, the State of Louisiana who respectfully moves the Court to withdraw Joseph Scott St. John as counsel in the above referenced matter and be removed from receiving notices filed in this matter effective from the date of this filing. Through counsel, Plaintiff States, Private Plaintiffs, and Defendants have stated they consent to this motion.

Dated: February 28, 2024                  Respectfully submitted,

                                          LIZ MURRILL
                                           ATTORNEY GENERAL OF LOUISIANA

                                          By:/s/ Joseph Scott St. John
                                          JOSEPH S. ST. JOHN (La #36682)
                                            Deputy Solicitor General
                                          LOUISIANA DEPT. OF JUSTICE
                                          1885 N. Third Street
                                          Baton Rouge, Louisiana 70804
                                          Tel: (225) 485-2458
                                          stjohnj@ag.louisiana.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document has been electronically filed and served via the Court's

ECF System on this 28th day of February, 2024.

*/s/ Joseph Scott St. John*
Joseph Scott St. John