# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF UTAH, ET AL.,<br><br>PLAINTIFF,<br><br>v.<br><br>MARTIN WALSH AND UNITED STATES DEPARTMENT OF LABOR,<br><br>DEFENDANTS. | CIVIL ACTION NO. 2:23-cv-00016-Z |

## ORDER

Considering the foregoing Motion to Withdraw,

**IT IS ORDERED** that Joseph Scott St. John be withdrawn as counsel for the State of Louisiana, in this proceeding.

This ___ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**