IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN J. WALSH, SECRETARY OF LABOR, *et al.*, <br><br> Defendants. | 2:23-CV-016-Z |

## ORDER

Before the Court is the State of Louisiana's Motion to Withdraw Joseph Scott St. John as Counsel ("Motion") (ECF No. 122), filed on February 28, 2024.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove St. John as counsel for the State of Louisiana in this case.

**SO ORDERED**.

February 29, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE