IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JULIE A. SU, *et al.*, <br><br> Defendants. | 2:23-CV-016-Z |

### ORDER

On July 18, 2024, the Fifth Circuit vacated this Court's judgment and remanded for the limited purpose of reconsidering Plaintiffs' challenge in light of the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024). As such, the Clerk is **DIRECTED** to reopen this case and terminate its appeal.

**SO ORDERED.**

July 26, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE