IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JULIE A. SU, *et al.*, <br><br> Defendants. | 2:23-CV-016-Z |

**ORDER**

On July 18, 2024, the Fifth Circuit vacated this Court's judgment and remanded for the limited purpose of reconsidering Plaintiffs' challenge in light of the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024). On July 26, 2024, this Court directed the Clerk "to reopen this case and terminate its appeal." ECF No. 130 at 1.

Accordingly, the parties are **ORDERED** to confer and submit a joint proposed scheduling order concerning the remainder of this litigation **within 30 days of the date of this Order**.

**SO ORDERED**.

August 23, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE