**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

STATE OF UTAH ET AL.,

*Plaintiffs*,

v.

JULIE A. SU[*] and
UNITED STATES DEPARTMENT OF LABOR,

*Defendants*.

NO. 2:23-CV-00016-Z

**JOINT PROPOSED SCHEDULING ORDER**

In accordance with this Court's August 23, 2024 Order, Plaintiffs and Defendants have met and conferred and hereby submit this Scheduling Order to the Court.

The parties have agreed to simultaneously file two sets of briefs. Accordingly, each side may file the following briefs:

| **Date:** | **Action** |
|---|---|
| October 16, 2024 by 5:00pm CDT/6:00 pm EDT | Both parties may file "First Supplemental Brief in Support of Summary Judgment," not to exceed 10 pages. |
| November 6, 2024 by 5:00pm CDT/6:00 pm EDT | Both parties may file "Second Supplemental Brief in Support of Summary Judgment," responding to the opposing party's first brief, but not exceeding 5 pages. |

[*] Plaintiffs have substituted the name of the Acting Secretary of Labor for former Secretary of Labor Martin Walsh as a Defendant in accordance with Fed. R. Civ. P. 25(d).

Dated September 18, 2024.

*/s/ David Bryant*
KEN PAXTON
Attorney General
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy
RYAN D. WALTERS
Chief, Special Litigation Division
DAVID BRYANT
Special Counsel
Texas Bar No. 00793681

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1700
david.bryant@oag.texas.gov

*Counsel for Plaintiff State of Texas*

*/s/ Jonathan Berry*
JONATHAN BERRY
R. TRENT MCCOTTER
MICHAEL BUSCHBACHER
JARED M. KELSON
JAMES R. CONDE
ANDREW W. SMITH

Boyden Gray PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
(202) 955-0620
berry@boydengrayassociates.com

*Counsel for Plaintiffs Liberty Energy Inc., Liberty Oilfield Services LLC*, and *Western Energy Alliance*

Respectfully submitted,

*/s/ Stanford E. Purser*
SEAN REYES
Attorney General
STANFORD E. PURSER
Solicitor General
Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
spurser@agutah.gov

*/s/ Brunn W. Roysden*
BRUNN (BEAU) ROYSDEN
Fusion Law, PLLC
7600 N. 15th St., Suite 150
Phoenix, AZ 85020
(602) 315-7545
beau@fusion.law

*Counsel for Plaintiff State of Utah*

*/s/ Kevin M. Gallagher*
JASON MIYARES
Attorney General
KEVIN M. GALLAGHER**
Principal Deputy Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

*/s/ Neville Hedley*
NEVILLE HEDLEY**
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
(312) 342-6008
ned.hedley@hlli.org

ANNA ST. JOHN
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
(917) 327-2392
anna.stjohn@hlli.org

*Counsel for Plaintiff James R. Copland and Alex L. Fairly*

STEVE MARSHALL
Attorney General
EDMUND LACOUR
Solicitor General

Alabama Attorney General's Office
501 Washington Ave.
Montgomery, AL 36014
(334) 353-2196
edmund.lacour@alabamaag.gov

*Counsel for Plaintiff State of Alabama*

*/s/ Zachary Faircloth*
ELIZABETH B. MURRILL
Attorney General
ZACHARY FAIRCLOTH
Principal Deputy Solicitor General
KELSEY L. SMITH
Deputy Solicitor General
TRACY SHORT
Assistant Attorney General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
fairclothz@ag.louisiana.gov
smithkel@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

TREG TAYLOR
Attorney General
JEFFREY G. PICKETT
Senior Assistant Attorney General
BENJAMIN HOFMEISTER**
Assistant Attorney General

Alaska Department of Law
123 4th Street
Juneau, AK 99801
(907) 269-5275
jeff.pickett@alaska.gov
ben.hofmeister@alaska.gov

*Counsel for Plaintiff State of Alaska*

TIM GRIFFIN
Attorney General
NICHOLAS J. BRONNI
Solicitor General
DYLAN JACOBS
Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

ASHLEY MOODY
Attorney General
JAMES H. PERCIVAL
Chief of Staff

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, FL 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

CHRISTOPHER M. CARR
Attorney General
STEPHEN J. PETRANY**
Solicitor General

Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
Attorney General
JOSH TURNER**
Acting Solicitor General
Idaho Attorney General's Office
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
josh.turner@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
Attorney General
JAMES A. BARTA**
Deputy Solicitor General

Indiana Attorney General's Office
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

BRENNA BIRD
Attorney General
ERIC H. WESSAN
Solicitor General

Iowa Attorney General's Office
1305 E. Walnut Street
Des Moines, IA 50319
(515) 281-5164
eric.wessan@ag.iowa.gov.

*Counsel for Plaintiff State of Iowa*

KRIS W. KOBACH
Attorney General
ANTHONY J. POWELL
Solicitor General
JESSE A. BURRIS**
Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
Tel: (785) 296-2215
Fax: (785) 296-3131
jesse.burris@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

RUSSELL COLEMAN
Attorney General
LINDSEY KEISER**
Assistant Attorney General

Kentucky Attorney General's Office
700 Capital Avenue, Suite 118
Frankfort, KY
Tel: (502) 696-5478
lindsey.keiser@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

LYNN FITCH
Attorney General
JUSTIN L. MATHENY
Deputy Solicitor General

Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

ANDREW BAILEY
Attorney General
JOSHUA M. DIVINE
Solicitor General
MARIA A. LANAHAN**
Deputy Solicitor General

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-3321
josh.divine@ago.mo.gov
maria.lanahan@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

AUSTIN KNUDSEN
Attorney General
CHRISTIAN B. CORRIGAN**
Solicitor General

Montana Department of Justice
215 N Sanders St.
Helena, MT 59601
(406) 444-2707
Christian.Corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

MICHAEL T. HILGERS
Attorney General
ERIC J. HAMILTON
Solicitor General

Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

JOHN M. FORMELLA
Attorney General
MARK W. DELL'ORFANO
Assistant Attorney General

New Hampshire Department of Justice
1 Granite Place
Concord, NH 03301
(603) 271-3658
mark.w.dellorfano@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

DREW H. WRIGLEY
Attorney General
PHILIP AXT
Solicitor General

North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVE YOST
Attorney General
MATHURA J. SRIDHARAN
Deputy Solicitor General

Ohio Attorney General's office
30 E. Broad St., 17th Fl.
Columbus, OH 43215
(614) 728-7511
Mathura.Sridharan@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

GENTNER F. DRUMMOND
Attorney General
GARRY M. GASKINS, II
Solicitor General
ZACH WEST
Director of Special Litigation

Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
zach.west@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
Attorney General
THOMAS T. HYDRICK**
Assistant Deputy Solicitor General

South Carolina Attorney General's Office
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for Plaintiff State of South Carolina*

JONATHAN SKRMETTI
Attorney General and Reporter
GABRIEL KRIMM**
Assistant Solicitor General

Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-5596
Gabriel.Krimm@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

PATRICK MORRISEY
Attorney General
MICHAEL R. WILLIAMS**
Solicitor General

West Virginia Attorney General's Office
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
(681) 313-4550
michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRIDGET HILL
Attorney General
RYAN SCHELHAAS**
Chief Deputy Attorney General

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

***admitted pro hac vice*
**motion for admission pro hac vice pending*

In association with local counsel:

F. Scott Flow
FLOW LAW FIRM, PLLC
800 SW 9th Avenue
Amarillo, Texas 79101-3206
(806) 372-2010
fsflow@flowlaw.com

*Co-Counsel for Plaintiffs other than State of Texas, Tennessee*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director

*/s/ Cassandra Snyder*
CASSANDRA M. SNYDER
Trial Attorney
US Department of Justice
1100 L Street NW
Washington, DC 20005
202-451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for Defendants U.S. Department of Labor and Julie Su*