IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-016-Z |
| JULIE A. SU, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is the parties' Joint Proposed Scheduling Order ("Scheduling Order") (ECF No. 139), filed September 18, 2024. Having reviewed the Scheduling Order, the Court **ADOPTS** it. The parties are **ORDERED** to file their briefs in accordance with the page limits and deadlines proposed in the Scheduling Order.

**SO ORDERED.**

September 25, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE