IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF UTAH, *et al.*,

        Plaintiffs,

v.

JULIE A. SU, *et al.*,

        Defendants.

2:23-CV-016-Z

**ORDER**

Before the Court is the American Retirement Association and Ceres, Inc.'s ("Amici")

Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 150), filed October 23,

2024. Amici "seek leave to proceed without local counsel" under Local Rule 83.10. ECF No.150

at 1. Local Rule 83.10(a) requires local counsel who resides or has a principal office located within

50 miles of the courthouse. It also permits the presiding judge to grant leave to proceed without

local counsel. Local Rule 83.10(a). Amici have deep experience in the subject matter of this case

and regularly participate as amici in "cases that may affect regulation of financial markets and

retirement plan design or administration." ECF No. 150 at 2. Amici argue local counsel is not

necessary because they only plan to seek leave to file an amicus brief and they do not plan on

appearing in a hearing unless specifically requested by the Court. *Id.* All parties consent to the

Motion. *Id.* at 3. Accordingly, the Court **GRANTS** the Motion and waives the local counsel

requirement for the American Retirement Association and Ceres, Inc. solely for the purpose of

filing a motion for leave to file an amicus brief and the subsequent filing of that brief.

**SO ORDERED**.

October 25, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE