# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, ET AL., | ) |
|     *Plaintiffs*, | ) **MOTION TO WITHDRAW AS ATTORNEY** |
| v. | ) |
| VINCE MICONE, ET AL., | ) No. 2:23-cv-00016 |
|     *Defendants*. | ) |

Pursuant to Local Rule 83.12(a), Eric J. Hamilton, counsel for Plaintiff State of Nebraska, respectfully moves this Court to withdraw as counsel of record in this matter. Mr. Hamilton will depart the Office of the Nebraska Attorney General on January 24, 2025. The succeeding attorney for the State of Nebraska is Zachary B. Pohlman, who is an attorney licensed in the State of Nebraska, is in good standing, and has filed an application to be admitted *pro hac vice* in the Northern District of Texas. Mr. Pohlman is an attorney in the Office of the Nebraska Attorney General, and his address is the same as that in the signature block.

    Respectfully submitted.

**MICHAEL T. HILGERS**
*Attorney General of Nebraska*

/s/ Eric J. Hamilton
Eric J. Hamilton
*Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for State of Nebraska*

## **CERTIFICATE OF SERVICE**

On January 24, 2025, this notice was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that the document has been scanned for viruses and is free of viruses.

                                                    /s/ Eric J. Hamilton
                                                    Eric J. Hamilton