IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-016-Z |
| VINCE MICONE, *et al.*, | |
| Defendants. | |

## ORDER

Federal Rule of Civil Procedure 25(d) explains that an action does not cease when a public official who is a party leaves office for whatever reason. Rather, the "officer's successor is automatically substituted as a party." FED. R. CIV. P. 25(d). Further proceedings "should be in the substituted party's name." *Id.* "The court may order substitution at any time . . . ." *Id.* Accordingly, the Court **ORDERS** that Martin J. Walsh, former Secretary for the Department of Labor, be terminated as a party and that Vince Micone, Acting Secretary for the Department of Labor, be substituted.

**SO ORDERED**.

January 27, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE