IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF UTAH, *et al.*,

      Plaintiffs,

v.

VINCE MICONE, *et al.*,

      Defendants.

2:23-CV-016-Z

**AMENDED ORDER**

Before the Court is Plaintiff Florida's Motion for Substitution of Counsel ("Motion") (ECF No. 169), filed January 15, 2025. Florida moves that Christine K. Pratt replace James H. Percival as lead counsel for the State of Florida in this case. ECF No. 169 at 1. Ms. Pratt "is a member in good standing with the State Bar of Florida and is admitted and authorized to practice in the Northern District of Texas." *Id.*

Northern District of Texas Local Civil Rule 83.12 governs withdraw and substitution of counsel. Having considered the Motion, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove James H. Percival from all notifications and future correspondence of this case.

**SO ORDERED**.

February 11, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE