# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF UTAH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:23-cv-16 |
| | ) | |
| JULIE A. SU, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 83.12, Defendants respectfully request the Court withdraw the appearance of the undersigned, Cassandra M. Snyder of the U.S. Department of Justice, as counsel of record for Defendants in the above-captioned matter. As good cause in support of this request, undersigned counsel is ending her employment with the Department of Justice, effective September 5, 2025, and Defendants will be represented by government counsel who intends to file a notice of appearance on the docket imminently. Plaintiffs consent to the relief requested herein.

Dated: September 5, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Director
Federal Programs Branch

/s/ *Cassandra M. Snyder*
Cassandra M. Snyder
D.C. Bar #1671667
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 451-7729

Fax: (202) 616-8460
Email: Cassandra.M.Synder@usdoj.gov

*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

On September 5, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

/s/ *Cassandra Snyder*
Cassandra Snyder