# U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### (Amarillo)

| | |
|---|---|
| STATE OF UTAH, *et al.*,  )  <br>  ) <br>  *Plaintiffs,*  ) <br>  ) <br> v.   ) <br>  ) <br> VINCE MICONE, *et al.*,  ) <br>  ) <br>  *Defendants.*  ) | No. 2:23-cv-00016-Z |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff State of Missouri, by and through the undersigned counsel, requests the Court grant permission to withdraw Maria A. Lanahan and substitute Louis J. Capozzi, III as attorney of record for said Plaintiff State of Missouri per N.D. Tex. L. Civ. R. 83.12(d). In support of this Motion, said Plaintiff states as follows:

1. Application for Admission Pro Hac Vice was filed by Louis J. Capozzi, III September 8, 2025 on behalf of the State of Missouri.

2. Maria A. Lanahan will be leaving employment with the Missouri Attorney General and Plaintiff State of Missouri consents to representation by Louis J. Capozzi, III.

3. Maria A. Lanahan is likely to be confirmed soon to the federal bench, as cloture has already been invoked.

4. Counsel have consented to this motion.

WHEREFORE, Plaintiff State of Missouri requests this Court enter an order allowing Louis J. Capozzi, III to substitute as counsel of record in this case.

> Respectfully submitted,
>
> **CATHERINE L. HANAWAY**
> Attorney General
>
> */s/ Maria A. Lanahan*
> Maria A. Lanahan, No. 65956
> *Principal Deputy Solicitor General*
> 815 Olive Street, Suite 200
> St. Louis, MO 63101
> (314) 340-4978
> (573) 751-0774 (facsimile)
> Maria.Lanahan@ago.mo.gov
>
> */s/ Louis J. Capozzi, III*
> Solicitor General
> 815 Olive Street, Suite 200
> St. Louis, Missouri 63101
> (573) 645-9662
> (573) 751-0774 (facsimile)
> Louis.Capozzi@ago.mo.gov
>
> *Counsel for Plaintiff State of Missouri*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record consents to this substitution of counsel, so this motion is unopposed.

> */s/ Maria A. Lanahan*

2

## CERTIFICATE OF SERVICE

This is to certify that on September 8, 2025 a true and correct copy of the foregoing was served upon all parties of record, by the CM/ECF system.

<em>/s/ Maria A. Lanahan</em>

3