IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-016-Z |
| VINCE MICONE, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff State of Missouri's Motion to Withdraw as Counsel ("Motion"), filed September 8, 2025. ECF No. 185. Missouri requests that Maria A. Lanahan be withdrawn as counsel because she "is likely to be confirmed soon to the federal bench." *Id.* at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Maria A. Lanahan be withdrawn as counsel in this case.

**SO ORDERED.**

September 12, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE