# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VINCE MICONE AND<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>*Defendants*. | CIV. NO. 2:23-CV-00016-Z |

## MOTION TO WITHDRAW AS COUNSEL

Neville S. Hedley respectfully moves this Court under Local Rule 83.12 for leave to withdraw as counsel for Plaintiffs Alex Fairly and James Copland. Mr. Hedley is departing Hamilton Lincoln Law Institute to pursue other career opportunities. Co-counsel Anna St. John will continue to represent Plaintiffs Fairly and Copland.

Mr. Hedley's withdraw will not prejudice Plaintiffs or any other party to the case. For these reasons, the undersigned requests an order from this Court permitting Mr. Hedley to withdraw as counsel in this case.

Dated: September 25, 2025

Respectfully submitted,

*/s/ Neville S. Hedley*
Neville S. Hedley
Anna St. John
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
ned.hedley@hlli.org
(312) 342-6008
anna.stjohn@hlli.org
(917) 327-2392

*Counsel for Plaintiffs Fairly and Copland*

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2025, the undersigned counsel used the CM/ECF system to file this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas. The attorneys in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Neville S. Hedley*
Neville S. Hedley
