IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> VINCE MICONE and <br> UNITED STATES DEPARTMENT OF LABOR, <br><br> *Defendants*. | CIV. NO. 2:23-CV-00016-Z |

**PROPOSED ORDER**

After considering Neville S. Hedley's Motion to Withdraw as Counsel for the Individual Plaintiffs Alex Fairly and James Copland, it is now ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

Dated:

_____
MATTHEW J. KACSMARYK
U.S. District Judge

Dated: September 25, 2025

Respectfully submitted,

/s/ *Neville S. Hedley*
Neville S. Hedley
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
(312) 342-6008
ned.hedley@hlli.org

*Counsel for Plaintiffs Fairly and Copland*