UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

STATE OF UTAH, ET AL.,

    *Plaintiffs*,

        v.

VINCE MICONE,
ET AL.,

    *Defendants*.

_____/

No. 2:23-cv-00016-Z

## MOTION TO WITHDRAW AS COUNSEL

I respectfully move to withdraw as counsel for plaintiff the State of Florida. I will shortly depart from the Florida Office of the Attorney General. The State of Florida will continue to be represented by Ms. Christine Pratt.

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General*

JEFFREY P. DESOUSA
  *Acting Solicitor General*

October 6, 2025

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*allen.huang@myfloridalegal.com*

*/s/ Allen L. Huang*
ALLEN L. HUANG
  *Deputy Solicitor General*

*Counsel for State of Florida*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of October 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Allen L. Huang*
ALLEN L. HUANG
