IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF UTAH, *et al.*,

     Plaintiffs,

v.

                                   2:23-CV-016-Z

VINCE MICONE, *et al.*,

     Defendants.

**ORDER**

Before the Court is Plaintiffs' Motion to Withdraw as Counsel ("Motion"), filed October 6, 2025. ECF No. 191. Plaintiff the State of Florida moves to withdraw Allen L. Huang as counsel because he will "shortly depart from the Florida Office of the Attorney General." *Id.* at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Allen L. Huang be withdrawn as counsel in this case.

     **SO ORDERED**.

October 6, 2025

                                      MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE