IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>VINCENT MICONE and<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>*Defendants*. | NO. 2:23-CV-00016-Z |

**MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL**

Jonathan Bery will be leaving his employment with Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Plaintiffs Liberty Energy, Inc., Liberty Oilfield Services LLC, and Western Energy Alliance. They will continue to be represented by Jared M. Kelson and Franklin Scott Flow.

Dated: October 10, 2025                    Respectfully submitted,

                                                      /S/ Jonathan Berry
                                                    Jonathan Berry
                                                    Jared M. Kelson
                                                    BOYDEN GRAY PLLC
                                                    800 Connecticut Ave. NW
                                                    Suite 900
                                                    Washington, DC 20006
                                                    202-955-0618
                                                    jberry@boydengray.com

                                                    *Counsel for Liberty Energy Inc.,*
                                                    *Liberty Oilfield Services LLC, and*
                                                    *Western Energy Alliance*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

Dated: October 10, 2025                /s/ Jonathan Berry
                                       Jonathan Berry