# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

STATE OF UTAH, ET AL.,

    *Plaintiffs*,

v.

VINCENT MICONE and
UNITED STATES DEPARTMENT OF LABOR,

    *Defendants*.

NO. 2:23-CV-00016-Z

**PROPOSED ORDER**

Before the Court is Plaintiffs' Motion to Withdraw as Counsel ("Motion"), filed October 10, 2025. ECF No. 193. Plaintiffs Liberty Energy Inc., Liberty Oilfield Services LLC, and Western Energy Alliance move to withdraw Jonathan Berry as counsel because he "will be leaving his employment with Boyden Gray PLLC." *Id.* at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Jonathan Berry be withdrawn as counsel in this case.

**SO ORDERED**.

October __, 2025

                                          MATTHEW J. KACSMARYK
                                          UNITED STATES DISTRICT JUDGE