IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VINCE MICONE, *et al.*, <br><br> Defendants. | 2:23-CV-016-Z |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Jonathan Berry as Counsel ("Motion"), filed October 10, 2025. ECF No. 193. Plaintiffs Liberty Energy, Inc., Liberty Oilfield Services LLC, and Western Energy Alliance move to withdraw Jonathan Berry as counsel because Mr. Berry "will be leaving his employment with Boyden Gray PLLC." *Id.* at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Jonathan Berry be withdrawn as counsel in this case.

**SO ORDERED.**

October 16, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE